

Robert A. Lippman, Member

Lemery Greisler LLC
60 Railroad Place, Suite 502
Saratoga Springs, NY 12866
www.lemerygreisler.com

Email: rlippman@lemerygreisler.com
Telephone: (518) 581-8800 x118
Fax: (518) 581-8823

September 25, 2025

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Jones v. Feit Industries, LLC**
                  Index No.: 24-cv-09227-MMG (S.D.N.Y)

Dear Judge Garnett:

      This law firm represents and has appeared for Defendant Feit Industries, LLC ("Feit"), in the above referenced action.

      Our office acknowledges receipt of Plaintiff's request for an extension of time to file its opposition to the Motion for Judgment on the Pleadings, and we consent to the extension of October 3rd. Due to a previously scheduled surgical procedure set for October 8th, I will be unavailable and unable to prepare the reply during that time. Accordingly, we respectfully request that the reply deadline be extended to October 15th. I have conferred with Plaintiff's counsel, who has consented to this request.

      Thank you for the Court's attention to this request.

                                  Sincerely,

                                  LEMERY GREISLER LLC

                                  Robert A. Lippman, Esq.

cc: Rami Salim, Esq., via ECF filing

{LG 00888480 2 }

GRANTED. Plaintiff's deadline to oppose Defendant's Motion for Judgment on the Pleadings is EXTENDED until **October 3, 2025**. Defendant's deadline to file its reply is likewise EXTENDED until **October 15, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 24 & 25.

SO ORDERED. Dated September 25, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE